IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


PERI FORMWORK SYSTEMS, INC.                          PLAINTIFF

V.                           NO. 11-5120

HARCON, INC., ET AL                                  DEFENDANTS


INITIAL SCHEDULING ORDER

Effective August 15, 2005, all documents filed with the United States District Court for the Western District of Arkansas must be filed electronically.  To obtain registration forms, review the CM/ECF administrative procedures, and to learn more about electronic filing, please visit our web site at www.arwd.uscourts.gov. *Pro se* litigants are only permitted to file documents with the Clerk of the Court by mail or in person.  All litigants, including *pro se* litigants, are required to provide contact information, including address and phone number, to the Clerk of the Court and to update such information as necessary.

1.  It appears to the court that the issues are joined in this matter, and the court has tentatively scheduled it for **JURY** trial in **FAYETTEVILLE**, Arkansas, at the call of the court during the week of **JULY 9, 2012**.

2.  The parties are directed to conduct their **F.R.C.P 26(f)** conference no later than **AUGUST 5, 2011**, and to file a Joint Report of such conference within fourteen days after it is conducted.  Counsel and unrepresented parties should consult **F.R.C.P. 26(f)** for guidance in conducting the conference and preparing the Joint Report.

3.  Any unresolved disputes concerning the Joint Report or the trial date should be noted on the last page of the Joint Report, and if not so noted, will be deemed waived.

4.  The court will issue a Final Scheduling Order on **SEPTEMBER 6, 2011** which will govern this case.

**IT IS SO ORDERED** this **5th** day of **July**, **2011**.

                                    **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**