IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**PERI FORMWORK SYSTEMS, INC.**                                              **PLAINTIFF**

v.                              **CASE NO. CV 11-5120**

**HARCON, INC. and TRAVELERS
CASUALTY & SURETY COMPANY
OF AMERICA**                                                                **DEFENDANTS**

And

**HARCON, INC.**                                                **THIRD-PARTY PLAINTIFF**

v.

**RIGGS CONTRACTING, INC.; and
SAFECO INSURANCE COMPANY
OF AMERICA**                                               **THIRD-PARTY DEFENDANTS**

### REPORT OF FRCP 26(f) PLANNING CONFERENCE

Pursuant to the Amended Initial Scheduling Order of the Court, entered herein on August 10, 2011, the parties hereto, through their counsel, the undersigned, participated in a planning conference. Pursuant to the local rules of the Western District of Arkansas, the following report is filed with the Court:

1.      **Any changes in timing, form, or requirements of mandatory disclosures under Fed.R.Civ.P. 26(a):** None.

2.      **Date when mandatory disclosures were or will be made:** October 14, 2011.

3.      **Subjects on which discovery may be needed include:** PERI's claims for materials and services provided by it to the Project and the amounts allegedly due for the same, and defenses thereto; Harcon's scope and sequencing of work on the Project, any changes thereto and schedule impacts, and the costs, including alleged increases, incurred by Harcon for the same, and defenses thereto; bond defenses of Travelers Casualty & Surety or Safeco Insurance.

4.     **Whether any party will likely be requested to disclose and produce information from electronic or computer based media.** The parties may seek electronic information from each other. Should any dispute arise, the parties agree to meet and confer prior to seeking relief from the Court.

(a)     **Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business:**

Yes.

(b)     **The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business:**

Not applicable.

(c)     **The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production:**

If the data exists in electronic media, the data will be produced, at the option of the requesting party and at its cost, either in (a) its native file format on one or more DVD-ROMs, USB thumb drive, or removable hard disk as appropriate based on the total size of the files produced, or (b) hard copy. The production of data on a data storage device shall be subject to the clawback procedures of Fed. R. Civ. P. 26(b)(5)(B).

(d)     **Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise:**

Counsel for the parties have instructed their clients to preserve discoverable data.

(e)     **Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery:**

No other electronic or computer-based discovery problems are anticipated at this time.

5. **Date by which discovery should be completed:** May 1, 2012.

6. **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure:** None at this time.

7. **Any orders, e.g., protective orders, which should be entered:** None at this time.

8. **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action:** None at this time.

9. **Any objections to the proposed trial date:** None at this time.

10. **Proposed deadline for joining other parties and amending the pleadings:** January 15, 2012.

11. **Proposed deadline for completing discovery:** May 1, 2012.

12. **Proposed deadline for filing motions other than motions for class certification:** May 21, 2012, except for Motions in Limine, to be filed by July 9, 2012.

Respectfully submitted,

**Counsel for Plaintiff,**
**PERI Formwork Systems, Inc.**

Jason H. Wales (97191)
Everett, Wales & Comstock
P.O. Box 8370
Fayetteville, AR  72703
(479) 443-0292
Jason@everettfirm.com
(Lead Attorney)

Jessica A. duHoffmann
*(pro hac vice)*
Miles & Stockbridge P.C.
10 Light Street
Baltimore, Maryland 21202 Telephone: (410) 727-6464
Fax: (410) 385-370
jduhoffm@milesstockbridge.com
(Lead Attorney)

**Counsel for Defendant, Harcon, Inc.**

G. Scott Walters
Smith Currie Hancock LLP
2700 Marquis One Tower
245 Peachtree Center Avenue NE
Atlanta, GA 30303
(404) 582-8062  Fax: (404) 688-0671
Email: gswalters@smithcurrie.com
(Lead Attorney)

J. David Dixon
Davis, Clark, Butt, Carithers & Taylor, PLC
P.O. Box 1688
Fayetteville, AR  72702
(479) 521-7600
Fax: (479) 521-7661
ddixon@davis-firm.com

**Counsel for Defendant, Travelers Casualty and Surety Company of America and Intervenor**
**Baldwin & Shell Construction Company**

David M. Powell
Williams *&* Anderson LLP
111 Center Street 22nd Floor
Little Rock, AR 72201
(501) 372-0800
Email: dmpowell@williamsanderson.com
(Lead Attorney)

**Counsel for Third Party Defendants Riggs Contracting Co. and**
**Safeco Insurance Company of America**

Jeffrey H. Moore
Friday, Eldredge & Clark
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493
(501) 376-2011
Fax: (501) 244-5363
Email: jmoore@fridayfirm.com
(Lead Attorney)