**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**


**PERI FORMWORK SYSTEMS, INC.**                                         **PLAINTIFF**

**V.**                                         **NO.  11-5120**

**HARCON, INC., ET AL.**                                         **DEFENDANTS**


<u>**FINAL SCHEDULING ORDER**</u>


Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED:

**1.     TRIAL DATE**

This case is scheduled for **JURY TRIAL** in **FORT SMITH, ARKANSAS**, at the call of the Court during the week of **July 23, 2012, beginning at 9:00 a.m.**  Counsel are directed to report to **the third-floor Courtroom (Room 310)** at **9:00 a.m.** on the date of trial unless otherwise notified.

**2.     DISCOVERY**

Discovery should be completed no later than <u>**May 1, 2012.**</u>  The parties may conduct discovery beyond this date if all parties are in agreement to do so; however, the Court will not resolve any disputes in the course of this extended discovery.  All discovery requests and motions must be filed sufficiently in advance of that date to allow for a timely response.  Witnesses and exhibits not identified in response to appropriate discovery may not be used at trial except in extraordinary circumstances.  The Court will not grant a continuance because a party does not have time in which to depose a witness, expert or otherwise.

A discovery motion must not be filed until counsel has made a good faith effort to resolve

1

the discovery dispute.  Upon filing of such motion, a response should be filed promptly.  A conference call will be scheduled to resolve such matters if the Court deems it necessary.

**3.      ADDITION OF PARTIES/AMENDMENT OF PLEADINGS**

Leave to add parties or amend pleadings must be sought no later than **January 15, 2012.**

**4.      MOTIONS DEADLINE**

All motions, except motions in limine, must be filed on or before **May 21, 2012.**  Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Local Rules 7.2 and 56.1.  Motions in limine must be filed on or before **July 9, 2012** and responses must be filed seven (7) days thereafter.  Motions submitted after the deadline may be denied solely on that ground.

Local Rule 7.2(b) provides:  "Within fourteen (14) days from the date copies of a motion and supporting papers have been served upon him, any party opposing a motion shall serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."  Except for motions for summary judgment, leave of court must be obtained to file a reply in support of a motion. A reply filed without leave of court will not be considered.  A reply to a response to a motion for summary judgment must be filed within seven (7) days from the date of the response.

**5.      PRETRIAL DISCLOSURE SHEET [FED. R. CIV. P. 26(a)(3)]**

Pretrial disclosure sheets must be filed simultaneously by the parties according to the outline contained in Local Rule 26.2 no later than **July 2, 2012.**  That witnesses and exhibits must be listed on the pretrial information sheet does not relieve a party of the obligation to provide the names of witnesses and exhibits in response to discovery requests.

**6.      DEPOSITIONS TO BE USED AT TRIAL OTHER THAN FOR IMPEACHMENT**

The proferring party must designate the pertinent portions of a deposition to be used as evidence at trial by **July 2, 2012.**  Counter-designations must be made by **July 13, 2012.**  These designations need not be filed with the Court but should be exchanged by the parties.  Objections to any deposition or videos that will be used at trial must be made by written motion indicating the specific objection and its legal basis by **July 16, 2012**, with the response due **July 20, 2012.**

Depositions to be read at trial must be marked as exhibits.

**7.     JURY INSTRUCTIONS AND STATEMENT OF THE CASE**

The parties must confer regarding the proposed instructions in an attempt to narrow areas of disagreement and must submit an AGREED set of instructions on specific issues in the case to the Court on or before **July 16, 2012.**  Standard instructions from AMI, Eighth Circuit, or Federal Jury Practice and Instructions (5th Edition), as applicable, should be used whenever possible and should be noted at the end of each instruction.  NOTE: DO NOT include the standard opening and closing instructions.  A party requesting an instruction that cannot be agreed upon must submit that instruction to the Court and to opposing counsel, setting out the disagreement by the same date. Instructions may be submitted in WordPerfect format electronically to *pkhinfo@arwd.uscourts.gov*.

Each party must submit to the Court by that same date a concise statement of the case, no more than one page in length, that it proposes would be proper to read to the panel of venire persons during voir dire, and also any proposed voir dire questions it wishes the Court to pose to the panel.

**8.     STIPULATIONS**

The parties should stipulate in writing to the facts not in controversy seven (7) days before the trial date.

**9.     INTRODUCTION OF EXHIBITS**

All exhibits must be listed on the attached form in numerical sequence.  Exhibits must be made available to all parties and reviewed by counsel prior to the trial date.  The lists must be submitted to the Courtroom Deputy one (1) day before the beginning of trial, with notations made on the Court's copy noting exhibits to which there is an objection.

**10.    COMMUNICATION WITH COURT ON TRIAL DATE OR SETTLEMENT**

Please communicate with Jane Ann Short, Courtroom Deputy, at 479-783-1466, or *jane_ann_short@arwd.uscourts.gov*, to ascertain your position on the calendar as the trial date approaches.  In the event of settlement, advise Ms. Short immediately.  The case will not be

removed from the trial docket until an order of dismissal has been entered.

DATED:        September 27, 2011

                                    AT THE DIRECTION OF THE COURT
                                    CHRISTOPHER R. JOHNSON, CLERK

                                    By:  /s/ Jane Ann Short
                                         Courtroom Deputy

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

_____
     PLAINTIFF
     V.

                       CASE NO._____

_____
     DEFENDANT

**WITNESS LIST FOR** _____
                                  Plaintiff/Defendant

| Date | For Plaintiff or Defendant | Witness Name | Via Deposition |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## _____ DIVISION

_____

PLAINTIFF

**V.**

_____

DEFENDANT

_____ **EXHIBIT LIST**

CASE NO._____

| PRESIDING JUDGE<br><br>Hon. P. K. Holmes, III | PLAINTIFF''S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER<br><br>Rick Congdon | COURTROOM DEPUTY<br><br>Jane Ann Short |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

6

| Pltf. No. | Deft. No. | Date Offered | Object. | Stip. | Received | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |